**James Spurgeon and Norma Spurgeon, Plaintiffs-Appellees, v. Kent-Reber Real Estate Company, Inc., Jerald E. Kent, Patricia L. Kent, and Madison County Federal Savings & Loan Association, a Corporation, Defendants-Appellants.**

Gen. No. 66–119.

Fifth District.

October 2, 1967.

Morris B. Chapman and Roy W. Strawn, of Granite City, for appellants; Nick D. Vasileff, of Madison, and Gilbert Rosch, of Granite City, for appellees. Opinion by JUSTICE DOVE. **Not to be published in full.**